NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re SWORDS TO PLOWSHARES, NATIONAL VETERANS LEGAL SERVICES PROGRAM,**
*Petitioners*

---

2024-122

---

On Petition for Writ of Mandamus to the Department of Veterans Affairs.

---

**ON PETITION**

---

PER CURIAM.

**O R D E R**

Swords to Plowshares and National Veterans Legal Services Program submit a petition for a writ of mandamus directing the Secretary of Veterans Affairs to take final, judicially-reviewable action on the petitioners' rulemaking petition.

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary is directed to respond to the petition no later than seven days from the date of entry of this order.

Any reply in support of the petition is due no later than three days thereafter.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 18, 2024
Date