**FORM 18. Joint Stipulation of Voluntary Dismissal**          Form 18
                                                               March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number:** 2024-122

**Short Case Caption:** In re Swords to Plowshares

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

No. 2024-122

Costs are to be assigned as follows:

[✓] Each side shall bear their own costs.
[ ] Other:

Date: 04/25/2024

Signature: /s/ Matthew T. Murchison
Name: Matthew T. Murchison
Party Name: Swords to Plowshares; NVLSP

Date: 04/25/2024

Signature: /s/ Meredyth C. Havasy
Name: Meredyth C. Havasy
Party Name: Secretary of Veterans Affairs

[ ] Additional pages attached